National Basketball Association v. National Basketball Players Association et al                                   Doc. 2

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jeffrey A. Mishkin (JM 8380)
Anthony J. Dreyer
C. Scott Lent
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

PROSKAUER ROSE LLP
Howard L. Ganz
Daniel R. Halem
1585 Broadway
New York, New York 10036
Tel: (212) 969-3035



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE DANIELS**

---

NATIONAL BASKETBALL ASSOCIATION,

        Plaintiff,

— against —

NATIONAL BASKETBALL PLAYERS ASSOCIATION,
RON ARTEST, STEPHEN JACKSON, ANTHONY
JOHNSON, and JERMAINE O'NEAL,

        Defendants.

---

**04 CV 09528**

04 Civ._____(___)

**ECF CASE**

### RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff National Basketball Assoction ("NBA") hereby makes the following disclosure.

The NBA is a private, joint venture of thirty (30) member teams, and does not have any publicly-held corporate parents, subsidiaries or affiliates. A listing of the

publicly-held companies that have an ownership interest in one or more NBA member team is as follows:

      AOL Time Warner Inc.

      Aramark Corp.

      AT&T Comcast Corporation

      Cablevision Systems Corp.

      Clear Channel Communications

      Euris, S.A.

      Finatis

      Fonciere

      Forest City Enterprises, Inc.

      Fox Entertainment Group, Inc.

      K-2, Inc.

      International Bancshares Corporation

      Liberty Media Corporation

      Microsoft Corp.

      News Corporation Ltd.

      Pinnacle West Capital Corp.

      Rallye

      SBC Communications, Inc.

      Toronto Dominion Bank

      Valero Energy Corporation

Dated:    December 3, 2004
             New York, New York

                                SKADDEN, ARPS, SLATE,
                                 MEAGHER & FLOM LLP
                                Jeffrey A. Mishkin (JM 8380)
                                Anthony J. Dreyer
                                C. Scott Lent
                                Four Times Square
                                New York, New York 10036
                                Tel: (212) 735-3000

                                By: _____
                                        Jeffrey A. Mishkin

                                PROSKAUER ROSE LLP
                                Howard L. Ganz
                                Daniel R. Halem
                                1585 Broadway
                                New York, New York 10036
                                Tel: (212) 969-3035

                                Attorneys for Plaintiff