DEWEY BALLANTINE LLP
Jeffrey L Kessler (JK 7891)
David G. Feher (DF 4867)
Jeffrey S. Rugg
Eric Aschkenasy
1301 Avenue of the Americas
New York, New York 10019-6092
Tel: (212) 259-8000

NATIONAL BASKETBALL PLAYERS ASSOCIATION
Ronald Klempner
Hal Biagas
Two Penn Plaza, Suite 2430
New York, New York 10121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
NATIONAL BASKETBALL ASSOCIATION        :
                                       :
              Plaintiff,               :
                                       :
        v.                             :   04 Civ. 09528 (GBD)
                                       :
NATIONAL BASKETBALL PLAYERS            :
ASSOCIATION, RON ARTEST, STEPHEN       :   **DISCLOSURE STATEMENT**
JACKSON, ANTHONY JOHNSON and           :
JERMAINE O'NEAL                        :
                                       :
              Defendants.              :
                                       :
-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant, National Basketball Players Association

certifies that it is an unincorporated association which does not issue stock and does not have a corporate parent.

Dated: New York, New York
December 23, 2004

                DEWEY BALLANTINE LLP

                *[signature]*

                David G. Feher (DF 4867)
                1301 Avenue of the Americas
                New York, New York 10019-6092
                (212) 259-8000
                Attorneys for Defendants

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     SS.:
COUNTY OF NEW YORK   )

       JUDITH L. STRIGARO being duly sworn, says: I am not a party to the action, am over 18 years of age and reside in New York, New York.

       On the 23rd day of December, 2004, at 7:35 a.m. I served the attached DISCLOSURE STATEMENT to the attorneys listed below at the address designated for service of papers, as follows:

Jeffrey A. Miskin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522

                                        JUDITH L. STRIGARO
                                        Lic. No. 0770670

Sworn to before me this
23rd day of December, 2004

NOTARY PUBLIC

ANNE O'CONNOR
NOTARY PUBLIC, State of New York
No. 01CC6042348
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires May 22, 20 0 6