USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 23 2004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

NATIONAL BASKETBALL ASSOCIATION,

                      Plaintiff,                    04 Civ. 9528 (GBD)

      -against-

                                                   ORDER

NATIONAL BASKETBALL PLAYERS
ASSOCIATION, RON ARTEST,
STEPHEN JACKSON, ANTHONY JOHNSON,
and JERMAINE O'NEAL

                      Defendants.
----------------------------------------------------------------x

GEORGE B. DANIELS, DISTRICT JUDGE:

      For the reasons stated on the record, defendants' motion for a temporary restraining order is granted. Further enforcement of Commissioner Stern's suspension of Jermaine O'Neal for twenty-five games is hereby stayed until further order of the Court.

Dated: New York, New York
       December 23, 2004

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge