## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on December 29, 2004, I caused a true copy of the foregoing *Notice of Motion to Vacate Arbitration Award, Plaintiff's Memorandum of Law in Support of Motion to Vacate Arbitration Award, and in Opposition to Defendants' Motion to Confirm* and *Supplemental Affidavit of Richard W. Buchanan in Support of Motion to Vacate Arbitration Award, and in Opposition to Defendants' Motion to Confirm* to be served upon the following party in the manner indicated:

<u>By Hand Delivery</u>

Jeffrey Kessler
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10019

Dated: New York, New York
December 29, 2004

*[signature]*
Steven Ray Katzenstein (S.K. 7599)