# VIDEO TAPE
# NBA/DI 00003