

NATIONAL BASKETBALL PLAYERS ASSOCIATION

May 8, 2003

BY FAX

Richard W. Buchanan, Esq.
Vice President & General Counsel
National Basketball Association
645 Fifth Avenue
New York, NY 10022

      Re:    Rasheed Wallace

Dear Rick:

      Please be advised that pursuant to Article XXXI of the Collective Bargaining Agreement, the National Basketball Players Association and Rasheed Wallace hereby appeal the $30,000 in fines imposed on Mr. Wallace for allegedly failing to comply with the league's media policy immediately following the April 27, 2003 playoff game between the Trailblazers and the Mavericks, and following the next day's practice. Please note that we do not believe this dispute falls within the parameters of Article XXXI, Section 8 of the CBA, and accordingly will request that the Grievance be heard and resolved by the Grievance Arbitrator. We will contact you in the near future to propose a hearing date.

      In accordance with the terms of Article XXXI, Section 9 of the CBA, we request that any salary withheld be deposited in the interest-bearing escrow account maintained and administered by the NBA and the Players Association.

Sincerely yours,

Ronald Klempner
Associate Counsel

cc:    Rasheed Wallace
       Bill Strickland
       Bob Whitsitt

TWO PENN PLAZA, SUITE 2430, NEW YORK, NY 10121 · TEL 212/655-0880  FAX 212/655-0881 · WWW.NBPA.COM

NBPA000281 A



# National Basketball Association

Richard W. Buchanan
Senior Vice President &
General Counsel

May 8, 2003

**By Federal Express**

Ron Klempner
Associate Counsel
National Basketball Players Association
Two Penn Plaza, Suite 2430
New York, NY 10121

Dear Ron:

    Per your request, please find enclosed a copy of the investigation report prepared by the NBA Security Department concerning the Rasheed Wallace incident. As we discussed, I have redacted from the report identifying information for certain of the witnesses that were interviewed.

    This report is provided for the confidential use of the Players Association and, as necessary, Mr. Wallace and his attorneys and/or advisors, on the condition that it not be disclosed or provided to any other person without the NBA's express written authorization.

Sincerely,

Richard W. Buchanan

Enclosure



Olympic Tower • 645 Fifth Avenue • New York NY 10022 • Main: (212) 407-8000

NBPA000281 B



# National Basketball Association

Richard W. Buchanan
Senior Vice President &
General Counsel

May 13, 2003

**By Fax and Regular Mail**

Ron Klempner
Associate Counsel
National Basketball Players Association
Two Penn Plaza, Suite 2430
New York, NY 10121

      Re:    **Rasheed Wallace**

Dear Ron:

      In response to your letter of May 8, 2003, please be advised that the NBA disagrees with your contention that the Grievance Arbitrator has jurisdiction to consider a challenge to the fines imposed by the NBA against Rasheed Wallace.

                                 Sincerely,

                                   Richard W. Buchanan



Olympic Tower · 645 Fifth Avenue · New York NY 10022 · Main: (212) 407-8000

NBPA000281 C



# National Basketball Association

Joel M. Litvin
Executive Vice President
Legal and Business Affairs

May 21, 2003

**BY FEDERAL EXPRESS**

Rasheed Wallace
c/o Portland Trail Blazers
One Center Court
Suite 200
Portland, OR 97227

Dear Rasheed:

    This will confirm that you have been fined $10,000 for your failure to cooperate during the media access period on April 27, 2003, and you have been fined $20,000 for your failure to make yourself available to the media during the media access period on April 28, 2003. Your actions were in violation of Article 35(e) of the NBA Constitution.

    Please remit the sum of $30,000 to the NBA no later than May 30, 2003.

Sincerely,

Joel M. Litvin

cc: G. William Hunter
    Bob Criqui
    Stu Jackson



Olympic Tower • 645 Fifth Avenue • New York NY 10022 • Main: (212) 407-8000

NBPA000281 D