

# NATIONAL BASKETBALL PLAYERS ASSOCIATION

February 8, 2000

BY FAX

Richard Buchanan, Esq.
General Counsel
National Basketball Association
645 Fifth Avenue
New York, NY 10022

Re: Mark Davis

Dear Rick:

Please be advised that pursuant to Article XXXI, Section 8 of the Collective Bargaining Agreement, the National Basketball Players Association and Mark Davis hereby appeal the one-game suspension and fine imposed on Mr. Davis in connection with an altercation that took place during the Warriors-Mavericks game on January 25, 2000. In accordance with the terms of Article XXXI, Section 9 of the CBA, we request that all salary withheld be deposited in the interest-bearing escrow account maintained and administered by the NBA and the Players Association.

Sincerely yours,

Ronald Klempner
Associate Counsel

cc: Mark Davis
    Herb Rudoy

1700 BROADWAY, SUITE 1400, NEW YORK, NEW YORK 10019 (212) 655-0880 FAX: (212) 956-5687