# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                  SS.:
COUNTY OF NEW YORK  )

      MARTIN KREZALEK being duly sworn, says: I am not a party to the action, am over 18 years of age and am employed by the law firm of Dewey Ballantine LLP.

      On the 29th day of December, 2004, I caused the attached NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD to be served to the attorneys listed below at the address designated for service of papers, as follows:

Jeffrey A. Miskin, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036-6522

                                              MARTIN KREZALEK
                                              Lic. No. 0976936

Sworn to before me this
29th day of December, 2004

NOTARY PUBLIC

MATTHEW P. MCGOURTY
NOTARY PUBLIC, State of New York
No. 01MC6094665
Qualified in New York County
Commission Expires June 23, 2007