```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATIONAL BASKETBALL ASSOCIATION,
                                Plaintiff,           04 CIVIL 9528 (GBD)

            -against-                                JUDGMENT

NATIONAL BASKETBALL PLAYERS ASSOCIATION,
RON ARTEST, STEPHEN JACKSON, ANTHONY
JOHNSON, and JERMAINE O'NEAL,
                                Defendants.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/05

Defendants having moved to confirm the Grievance Arbitrator's award as to defendant Jermaine O'Neal; plaintiff having cross-moved to vacate the award, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on December 30, 2004, having rendered its Memorandum Opinion and Order denying the NBA's motion to vacate the Grievance Arbitrator's award and granting the NBPA's motion to confirm the Arbitration Award reducing Jermaine O'Neal's 25 game suspension to 15 games is granted, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 30, 2004, the NBA's motion to vacate the Grievance Arbitrator's award is denied and the NBPA's motion to confirm the Arbitration Award reducing Jermaine O'Neal's 25 game suspension to 15 games is granted.

**Dated:** New York, New York
January 5, 2005

J. MICHAEL McMAHON
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED