# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 09 2005

AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
212-735-3097
DIRECT FAX
917-777-3097

March 7, 2005

**SO ORDERED**

*/s/ George B. Daniels*

**HON. GEORGE B. DANIELS**
MAR 0 9 2005

**BY FAX**

Honorable George B. Daniels
United States District Judge
United States Courthouse
40 Centre Street
New York, New York 10007-1581

RE: NBA v. NBPA, et al., No. 04-Civ-9528

Dear Judge Daniels:

      We write on behalf of the parties in the above referenced matter. On January 26, 2005, the Appeals Clerk for the Southern District of New York transmitted the record on appeal for this matter to the United States Court of Appeals for the Second Circuit. Several items submitted to the Court were not electronically filed, and therefore were not part of the record on appeal. The items are as follows:

- National Basketball Players Association's Order to Show Cause with Affirmation of Ronald Klempner dated December, 23, 2004 with attachments (Exhibits 1-17);

- National Basketball Players Association's Memorandum of Law in Support of Defendants' Motion for a Temporary Restraining Order, dated December 23, 2004;

- Volumes I and II of the Exhibits to the Affidavit of Richard W. Buchanan in Opposition to Defendants' Motion for Injunctive Relief; and

- Copies of Plaintiffs' Exhibits 56-58 which were submitted to the Court at the December 30, 2004 hearing.

National Basketball Association v. National Basketball Players Association et al   Doc. 21

Dockets.Justia.com

Hon. George B. Daniels
March 7, 2005
Page 2

In order to have these items added to the record and transmitted to the Second Circuit, the NBA respectfully requests that the Court grant the parties leave to file these items with the Clerk of the Court and made part of the record on appeal.

Thank you for your consideration in this matter.

Sincerely,

Anthony J. Dreyer

cc:   Jeffrey Kessler