# DEWEY BALLANTINE LLP

1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6092
TEL 212 259-8000  FAX 212 259-6333

JEFFREY RUGG
212 259 7108
jrugg@deweyballantine.com

May 10, 2005

**SO ORDERED**

*George B. Daniels*
HON. GEORGE B. DAN...

MAY 1 1 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

BY FACSIMILE

Honorable George B. Daniels
United States Courthouse
40 Centre Street, Room 410
New York, New York 10007

Re: NBA v. NBPA (04 Civ. 09528)

Dear Judge Daniels:

I am writing to request adjournment of the conference scheduled by the Court for Thursday, May 12, 2005 at 10 a.m.

As the Court is aware, this matter is currently pending on appeal. I have contacted opposing counsel and they agree that there are currently no issues to be raised before the Court.

Respectfully Submitted,

Jeffrey Rugg

cc: Anthony Dreyer, Esq.

NEW YORK  WASHINGTON, D.C.  LOS ANGELES  EAST PALO ALTO  HOUSTON  AUSTIN
LONDON  WARSAW  FRANKFURT  MILAN  ROME  BEIJING  PRAGUE (Associated Office)

Dockets.Justia.com