ORIGINAL



MANDATE

### UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT

NATIONAL BASKETBALL ASSOCIATION,

              Plaintiff-Counter-
              Defendant-Appellant,

- vs. -

NATIONAL BASKETBALL PLAYERS
ASSOCIATION, RON ARTEST, STEPHEN
JACKSON, ANTHONY JOHNSON and
JERMAINE O'NEAL

              Defendants-Counter-
              Claimants-Appellees.

: Docket No: 05-0445-CV

: Docket No. Below:
: 04 Civ. 09528 (GBD)
: (S.D.N.Y.) /NYNY

: STIPULATION OF PARTIES
: TO DISMISS APPEAL
: (Fed. R. App. P. 42(b))

    The parties to this action stipulate that the appeal taken in this case by means of the notice of appeal filed by the National Basketball Association ("NBA") on January 26, 2005, may be dismissed with prejudice.

    The parties agree and represent that:

    1.    On January 5, 2005, the United States District Court for the Southern District of New York entered judgment in Case No. 04-cv-9528.

    2.    On January 26, 2005, the NBA timely filed a notice of appeal.

    3.    On June 13, 2005, the NBA filed with this Court its brief, appendix and special appendix on this appeal.

    4.    On July 21, 2005, this Court granted Appellees' motion to extend time to file briefs. Appellees' brief would be due on or before September 12, 2005.

CERTIFIED   SEP 1 6 2005

5. Counsel, whose signatures appear on this stipulation, have the express authority of their clients to enter into this stipulation and to dismiss the appeal in this action with prejudice.

6. Each party will bear its own costs.

Dated:       August 30, 2005
             New York, New York

For the Plaintiff-Counter-Defendant-Appellant:

    SKADDEN, ARPS, SLATE,
     MEAGHER & FLOM LLP
    Jeffrey A. Mishkin (JM 8380)
    Peter S. Julian
    Anthony J. Dreyer
    Mitchell P. Schwartz
    Four Times Square
    New York, New York  10036
    Tel: (212) 735-3000

    By: _____
        Jeffrey A. Mishkin

    PROSKAUER ROSE LLP
    Howard L. Ganz
    Daniel R. Halem
    1585 Broadway
    New York, New York  10036
    Tel: (212) 969-3035

    *Attorneys for Plaintiff-Counter-*
    *Defendant-Appellant National*
    *Basketball Association*

For the Defendants-Counter-Claimants-Appellees:

    DEWEY BALLANTINE LLP
    Jeffrey L. Kessler
    David G. Feher
    Allan L. Garcia
    1301 Avenue of the Americas
    New York, New York 10019
    Tel: (212) 259-8000

    By: _____
        Jeffrey L. Kessler

    *Attorney for Defendants-Counter-*
    *Claimants-Appellees National*
    *Basketball Players Association*

So ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Sept. 15, 2005

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK